UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LILLIA GOMEZ and JOSE MARIO GOMEZ, | § | |
| As next friend of JOSEPH MARIO GOMEZ | § | |
| And VICTORIA ELIZABETH GOMEZ, | § | |
| Minor children, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-04-326 |
| | § | |
| WYETH, formerly AMERICAN HOME | § | |
| PRODUCTS CORPORATION, formerly | § | |
| A.H. ROBINS COMPANY, INC. and/or | § | |
| AHP SUBSIDIARY HOLDING | § | |
| CORPORATION, formerly WYETH, | § | |
| AYERST LABORATORIES COMPANY, | § | |
| | § | |
| Defendants. | § | |

## ORDER ESTABLISHING TRUSTS

On the 15th day of May, 2008, the Court considered the above styled and numbered cause and entered an "Order Approving Settlement;" and, in connection with such Settlement Agreement, the Court finds that Defendant Wyeth agreed to pay immediately the sum of $100,000 to The Frost National Bank, as Trustee of the Victoria Gomez Trust, and to pay immediately the sum of $100,000 to The Frost National Bank, as Trustee of the Joseph Gomez Trust.

IT is, THEREFORE, ORDERED, ADJUDGED AN DECREED that the Victoria Gomez Trust and the Joseph Gomez Trust shall be created for the benefit of Victoria Gomez and Joseph

Gomez, respectively, to receive payments in accord with the Settlement Agreement entered into by the Parties hereto.

SIGNED and ORDERED this 29th day of May, 2008.

_____
Janis Graham Jack
United States District Judge